IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WATFORD SPECIALTY INSURANCE COMPANY | Case No.: 2:24-cv-00308-AYS |
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| v. | |
| MRJC, INC. d/b/a THAT MEETBALL PLACE | |
| Defendant. | |
| and | |
| RICHARD LAROSA and LORI LAROSA | |
| Interested Party Defendants | |
| and | |
| PHILLIP GRIPPO | |
| Interested Party Defendant | |

## <u>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)</u>

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties
and/or their respective counsel(s) that the above captioned action, including all claims against all
parties, is voluntarily dismissed, with prejudice, pursuant to the Federal Rules of Civil Procedure
41(a)(1)(A)(ii)

Dated:        New York, New York
             May 1, 2024

                              GOLDEN, ROTHSCHILD, SPAGNOLA,
                              LUNDELL, BOYLAN, GARUBO, & BELL P.C.

                              By:/s/ Eric S. Schlesinger_____
                                  ERIC S. SCHLESINGER, ESQ.
                                  Attorneys for Plaintiff
                                  Watford Specialty Insurance Company
                                  40 Exchange Place,
                                  19th Floor, Suite 1900
                                  New York, New York 10005
                                  (212) 964-0120
                                  --------------

1011 Route 22 West, Suite 300
Bridgewater, New Jersey 08807
(908) 722-6300